# UNITED STATES DISTRICT COURT
for the
Northern District of Indiana

JEFF BACHNER

       Plaintiff

  v.

                                             **Civil Action No. 1:19-cv-64**

USA HALLOWEEN PLANET INC

       Defendant

## JUDGMENT IN A CIVIL ACTION

The court has ordered that (*check one*):

☐ the plaintiff_____
recover from the defendant _____ the amount of_____
dollars $_____, which includes prejudgment interest at the rate of _____% plus post-
Judgment interest at the rate of _____ % along with costs.

☐ the plaintiff recover nothing, the action is dismissed on the merits, and the defendant_____
recover costs from the plaintiff _____.

☒ Other: JUDGMENT IS ENTERED in favor of Plaintiff Jeff Bachner and against Defendant USA Halloween Planet Inc on Plaintiff's Second Claim for Relief in the amount of Five Thousand Dollars ($5,000.00).

This action was (*check one*):

☐ tried to a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☒ decided by Judge Holly A. Brady.

DATE: 4/14/2020                        ROBERT N. TRGOVICH, CLERK OF COURT

                                                      by  s/ B. Scheumann
                                                        *Signature of Clerk or Deputy Clerk*