# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF INDIANA
# FORT WAYNE DIVISION

| | |
|---|---|
| JEFF BACHNER, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Cause No. 1:19-CV-64-HAB |
| USA HALLOWEEN PLANET, INC., | ) ) ) |
| Defendant. | ) |

## ORDER

On April 13, 2020, this Court entered judgment in favor of Plaintiff on his Second Claim of Relief alleging a violation of the 1998 Digital Millennium Copyright Act ("DMCA"). Judgment was withheld on Plaintiff's First Claim for Relief, alleging copyright infringement, to allow Plaintiff to provide the Court with evidence substantiating his claim for damages. The deadline for Plaintiff to provide the evidence has come and gone without any additional filings.

As a result of Plaintiff's failure to submit admissible evidence of damages on his infringement claim, the Court DIRECTS the Clerk to enter judgment in favor of Plaintiff on his First Claim for Relief in the amount of $1.00. With judgment having been entered on all Plaintiff's claims for relief, the Clerk can close this matter.

SO ORDERED on May 21, 2020.

      s/ Holly A. Brady  
      JUDGE HOLLY A. BRADY  
      UNITED STATES DISTRICT COURT