AO 450 (Rev. 01/09) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Indiana

JEFF BACHNER,

        Plaintiff,

    v.                                                              Civil Action No.  1:19-cv-00064

USA HALLOWEEN PLANET INC.,

        Defendant,

## JUDGMENT IN A CIVIL ACTION

The court has ordered that (*check one*):

 _X_   The Plaintiff, <u>Jeff Bachner</u>, is entitled to a Judgment against Defendant, <u>USA Halloween Planet Inc</u>. Plaintiff shall recover a judgment in the amount of One Dollar <u>($1.00)</u> on Plaintiff's First Claim of Relief, at the post-interest rate of .15% until judgment is satisfied.

 ___   the plaintiff recover nothing, the action is dismissed on the merits, and the defendant recover costs from the plaintiff_____.

 ___   Other:

This action was (*check one*):

___ tried to a jury with Judge _____ presiding, and the jury has rendered a verdict.

___ tried by Judge _____ without a jury and the above decision was reached.

 _X_ decided by Judge Holly A. Brady on a Motion for Default Judgment by Plaintiff.

DATE:  May 21, 2020                              ROBERT N. TRGOVICH, CLERK OF COURT

                                                         By: <u>s/ L. Higgins-Conrad</u>
                                                             *Signature of Deputy Clerk*